IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES WAGGONER, )<br>)<br>Petitioner ) <br>)<br>vs. )<br>)<br>COMANCHE COUNTY DETENTION )<br>CENTER, )<br>)<br>Respondent ) | No. CIV-06-137-C |

JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

In response to the Report and Recommendation of Magistrate Judge Bana Roberts that this action be dismissed for failure to exhaust administrative remedies, Petitioner has filed a Motion to Dismiss Case (Dkt. No. 24), which the Court construes as a statement that he has no objection to the Report and Recommendation.

Accordingly, the Court adopts the Report and Recommendation (Dkt. No. 21), in its entirety, and for the reasons stated therein, dismisses this case, for failure to exhaust available administrative remedies.

DATED this 26th day of October, 2006.

ROBIN J. CAUTHRON
United States District Judge